THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 3176
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 11488
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone:      702-384-4012
Facsimile:  702-383-0701
Email: tdillard@ocgas.com
       sbarker@ocgas.com
       szinna@ocgas.com
*Attorneys for Defendants*
  *Clark County School District,*
  *Audrey Arnold, and Barbara Clark*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY ROBINSON, individually, and as Natural Parent and Guardian of minor C.H.,<br><br>Plaintiff,<br><br>vs.<br><br>LORNA CABA-AT OBERES, individually, and in her official capacity; AUDREY ARNOLD, individually, and in her official capacity; BARBARA CLARK, individually, and in her official capacity; CLARK COUNTY SCHOOL DISTRICT, a political Subdivision of the State of Nevada; DOES I-XX, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-00228-CDS-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CLARK COUNTY SCHOOL DISTRICT, AUDREY ARNOLD, AND BARBARA CLARK TO ANSWER COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Ashley Robinson, individually and as Natural Parent and Guardian of minor C.H. (Plaintiff) and Defendants Clark County School District (CCSD), Audrey Arnold (Arnold), and Barbara Clark (Clark), by and through their undersigned counsel that the time for Defendants CCSD, Arnold, and Clark to Answer Plaintiff's Complaint (ECF No. 1) may be extended up to and including February 22, 2024, as follows:

1. Defendants CCSD, Arnold, and Clark removed this action on February 1, 2024, making February 8, 2024, their deadline to answer or otherwise respond to the Complaint. FRCP 81(c)(2)(C).

2. The parties hereto filed their Joint Status Report Regarding Removal on February 16, 2024 (ECF No. 9).

3. Defendants CCSD, Arnold, and Clark require additional time to Answer the Complaint.

4. There is no prejudice to any party by the extension of time as Defendant Lorna Caba-At Oberes has not been served with the Summons and Complaint as of the date of this Stipulation, and there are no additional parties to this matter.

5. Therefore, the parties hereto agree to extend Defendants CCSD's, Arnold's, and Clark's time to Answer the Complaint by 14 days up to and including February 22, 2024.

IT IS SO STIPULATED.

DATED: February 20, 2024.

H&P LAW

By: /s/ Bre'Ahn Brooks
    Marjorie L. Hauf, Esq. (#8111)
    Matthew G. Pfau, Esq. (#11439)
    Bre'Ahn Brooks, Esq. (#15672)
    710 S. 9th Street
    Las Vegas, NV 89101
    Phone: 702 598 4529
    *Attorneys for Plaintiff*

DATED: February 20, 2024.

OLSON CANNON & GORMLEY

By: /s/ Stephanie A. Barker
    Thomas D. Dillard, Jr., Esq. (#6270)
    Stephanie A. Barker, Esq. (#3176)
    Stephanie M. Zinna, Esq. (#11488)
    9950 W. Cheyenne Avenue
    Las Vegas, NV 89129
    Phone: 702-384-4012
    *Attorneys for Defendants CCSD, Arnold, and Clark*

### ORDER

Good cause appearing, the foregoing Stipulation of the parties is hereby **GRANTED.** Defendants CCSD's, Arnold's, and Clark's deadline to Answer the Complaint (ECF No. 1) is extended up to and including February 22, 2024.

IT IS SO ORDERED.

DATED: February 21, 2024

_____
Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE