|   |   |
|---|---|
| 1 | Marjorie L. Hauf, Esq. |
|   | Nevada Bar No.: 8111 |
| 2 | Matthew G. Pfau, Esq. |
|   | Nevada Bar No.: 11439 |
| 3 | Bre'Ahn Brooks, Esq. |
|   | Nevada Bar No.: 15672 |
| 4 | H&P LAW |
|   | 710 S. 9th Street |
| 5 | Las Vegas, NV 89101 |
|   | 702 598 4529 TEL |
| 6 | 702 598 3626 FAX |
|   | mhauf@courtroomproven.com |
| 7 | mpfau@courtroomproven.com |
|   | bbrooks@courtroomproven.com |
| 8 |   |
| 9 | Richard Harris, Esq. |
|   | Nevada Bar No. 0505 |
| 10 | Richard Harris Law Firm |
|   | 801 S. 4th Street |
| 11 | Las Vegas, NV 89101 |
|   | 702-444-4444 TEL |
| 12 | 702-444-4455 FAX |
|   | Rick@richardharrislaw.net |
| 13 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Ashley Robinson**, individually, and as Natural Parent and Guardian of minor **C.H**, | Case No.: 2:24-cv-00228-CDS-MDC |
| Plaintiff | **Stipulation of Dismissal** |
| vs. | |
| **Lorna Caba-At Oberes**, individually and in her official capacity; **Audrey Arnold**, individually and in her official capacity; **Barbara Clark**, individually and in her official capacity; **Clark County School District**, a Political Subdivision of the State of Nevada; Does I through XX, inclusive. | |
| Defendants | |

IT IS HEREBY STIPULATED by the parties above named, by and through their

respective counsel of record, that the above-entitled matter be dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

DATED this 1st day of April 2025.

H&P LAW

/s/ Marjorie Hauf
_____
Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S 9th Street
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

DATED this 1st day of April 2025.

KEARNEY PUZEY DAMONTE LTD.

/s/ Adam J. Pernsteiner
_____
James W. Puzey, Esq.
Nevada Bar No.: 5745
Audrey Damonte, Esq.
Nevada Bar No.: 4244
Ronald J. Thompson, Esq.
Nevada Bar No. 5524
Adam J. Pernsteiner, Esq.
Nevada Bar No.7862
800 S. Meadows Parkway
Suite 800
Reno, Nevada 89521
Attorneys for Defendant
*Lorna Caba-At Oberes*

DATED this 1st day of April 2025.

OLSON CANNON GORMLEY & STOBERSKI

/s/ Stephanie M. Zinna
_____
Thomas D. Dillard Jr., Esq.
Nevada Bar No.
Stephanie A. Barker, Esq.
Nevada Bar No.
Stephanie M. Zinna, Esq.
Nevada Bar No.
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Facsimile: (702) 383-0701
Attorneys for Defendants
*Clark County School District, Audrey Arnold, and Barbara Clark*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
Cristina D. Silva
United States District Judge
Dated: April 3, 2025

2